154 A.3d 695

BOB MEYER COMMUNITIES, INC., PLAINTIFF-RESPONDENT, v. JAMES R. SLIM PLASTERING, INC., B&R MASONRY, AND T.R.H. BUILDERS, INC., DEFENDANTS, AND THE OHIO CASUALTY INSURANCE COMPANY, ET AL., DEFENDANTS, AND HARLEYSVILLE INSURANCE COMPANY OF NEW JERSEY, DEFENDANT-PETITIONER.

October 21, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005581-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.